IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA LEMONS | : | CIVIL ACTION |
| | : | |
| | : | No. 21-1737 |
| v. | : | |
| | : | |
| | : | |
| GAREN MEGUERIAN, ESQ. and<br>STEFAN P. KRUSZEWSKI, M.D. | : <br> : | |

## **ORDER**

AND NOW, on this 29th day of April, 2022, it is hereby ORDERED that the Court's March 30, 2022 order (ECF. No. 27) is AMENDED to add the following: Lemons is granted leave to amend. Lemons shall have until May 16, 2022 to file an amended complaint that corrects the pleading deficiencies identified in the accompanying Memorandum.

It is FURTHER ORDERED that Lemons' Motion to Amend the March 30, 2022 Judgment Order (ECF No. 28) is DISMISSED AS MOOT.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.