IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA LEMONS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-1737 |
| | : | |
| GAREN MEGUERIAN, et al. | : | |

## **ORDER**

AND NOW, this 11th day of October, 2022, upon consideration of Defendants' respective Motions to Dismiss the Amended Complaint [Documents No. 34 and 35], Plaintiff Christina Lemons' opposition thereto [Documents No. 36 and 37], and the associated briefs, it is hereby ORDERED the Motions to Dismiss are GRANTED and the Amended Complaint is DISMISSED without prejudice. Lemons shall have until October 28, 2022, to file a Second Amended Complaint that corrects the pleading deficiencies identified in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.